# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MATTEL, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERHSIPS and UNICORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", <br><br> Defendants. | Case No. 24-cv-09708 <br><br> **Judge Jorge L. Alonso** <br><br> **Magistrate Judge M. David Weisman** |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Wednesday, November 27, 2024, at 9:30 a.m., Plaintiff Mattel, Inc. ("Plaintiff") shall appear before the Honorable Jorge L. Alonso in Courtroom 1903 at the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and present the parties' Joint Motion For Entry Of An Agreed Asset Restraint Order As To Defendant No. 18.

Dated this 21st day of November 2024.　　Respectfully submitted,

/s/ Rachel S. Miller
Amy C. Ziegler
Justin R. Gaudio
Rachel S. Miller
Justin T. Joseph
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
rmiller@gbc.law
jjoseph@gbc.law

*Counsel for Plaintiff Mattel, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of November 2024, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website, and I will send an e-mail to the e-mail addresses identified in Exhibit A hereto that includes a link to said website.

/s/ Rachel S. Miller
Amy C. Ziegler
Justin R. Gaudio
Rachel S. Miller
Justin T. Joseph
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
rmiller@gbc.law
jjoseph@gbc.law

*Counsel for Plaintiff Mattel, Inc.*